# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 29, 2021

## NO. 03-21-00282-CV

**E. E., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
## REVERSED AND REMANDED -- OPINION BY JUSTICE GOODWIN; DISSENTING OPINION BY JUSTICE BAKER

This is an appeal from the decree of termination signed by the trial court on May 25, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's decree of termination. Therefore, the Court reverses the trial court's decree of termination and remands the case to the trial court for a new trial. The trial court is instructed that the new trial must commence no later than 180 days after this Court's mandate is issued. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.